# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00065-CV

**Josephine Douglas-Peters, Appellant**

**v.**

**James Nathaniel Peters, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 01-1528-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## D I S S E N T I N G   O P I N I O N

While I agree with the majority's disposition of Douglas's other issues and Peters's request for damages under Rule 45, I disagree with its disposition of Douglas's second issue and, accordingly, respectfully dissent from the majority's judgment of reversal. Given the absence of a reporter's record, the state of the clerk's record, and the presumptions that operate in support of the district court's judgment in such circumstances, I would affirm.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed: March 2, 2006